UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEAZAR MORALES AMBRIZ, AM7942,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA STATE CORRECTIONAL HEALTH CARE DR.,<br><br>　　　　Defendant(s). | Case No. 18-cv-04982-CRB (PR)<br><br>**ORDER OF DISMISSAL**<br><br>(ECF No. 2) |

This civil action by a prisoner was filed on August 15, 2018. The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not pay the requisite $400.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 28 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so. Plaintiff's incomplete in forma pauperis application (ECF No. 2) is DENIED and the action is DISMISSED without prejudice.

The clerk is instructed to close the file.

**IT IS SO ORDERED**.

Dated: October 3, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEAZAR MORALES AMBRIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA STATE CORRECTIONAL HEALTH CARE DR.,<br><br>　　　　Defendant. | Case No. 3:18-cv-04982-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 3, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eleazar Morales Ambriz ID: AM7942
Mule Creek State Prison D18 B 2042 UP
P.O. Box 409089
Ione, CA 95640


Dated: October 3, 2018

　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　Lashanda Scott, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable CHARLES R. BREYER